## Commonwealth *v.* Lemons, Appellant.

Submitted December 16, 1975. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded to the lower court to allow appellant to file a petition to withdraw his guilty plea *nunc pro tunc.* See *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336 (1975) and *Commonwealth v. Velasquez,* 238 Pa. Superior Ct. 368 (1976).

WATKINS, P.J., and PRICE, J., dissent on the basis of the dissenting opinion in *Commonwealth v. Roberts,* supra.

## Commonwealth *v.* Lewis, Appellant.

Submitted December 16, 1975. *Thomas Z. Minehart,* for appellant; *Pamela Esposito, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.
Order affirmed.